IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JUL 12 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

JACOB HARTEIS,

    Plaintiff,

vs.

DEBRA KIM CHRISTOPHER,

    Defendant.

CV 18–91–M–DLC–JCL

ORDER

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendation on May 30, 2018, recommending that Plaintiff Jacob Harteis' ("Harteis") Motion for Leave to Proceed in Forma Pauperis be denied and this action dismissed. (Doc. 3 at 2.) Judge Lynch found, and this Court agrees, that Harteis' allegations are entirely frivolous and merit the exercise of the Court's discretion to deny Harteis the opportunity to proceed in forma pauperis under 28 U.S.C. § 1915(a). Because Judge Lynch recommended denial of Harteis' Motion to Proceed in Forma Pauperis, Harteis is not afforded the opportunity to object. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998). Accordingly,

-1-

IT IS ORDERED that Judge Lynch's Findings and Recommendation (Doc. 3) are ADOPTED IN FULL. Harteis' Motion (Doc. 1) is DENIED and this case is DISMISSED.

DATED this 12th day of July, 2018.

Dana L. Christensen, Chief Judge
United States District Court